Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

FILED

'06 JUL 28 P3:30

U.S.A. vs. Jackie Williams                                       Docket No. 99-00007-001 Erie

CLERK
Petition on Supervised Release  US DISTRICT COURT

     COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jackie Williams, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 23rd day of October 2000, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter
- The defendant shall pay to the United States a special assessment of $100.

| | |
|---|---|
| 10-23-00: | Conspiracy to Possess With Intent to Distribute in Excess of 50 Grams of Cocaine Base, a Schedule II Controlled Substance; Sentenced to 96 months' custody of the Bureau of Prisons, to be followed by 5 years' supervised release. |
| 01-28-02: | Judgment Order, Judge Cohill; Judgment modified to 60 months' custody of the Bureau of Prisons, and the remainder of the original sentence was reimposed. |
| 12-30-04: | Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde. |

     **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

     Your Petitioner reports that a urine specimen obtained from Mr. Williams on May 1, 2006, tested positive for marijuana. Mr. Williams has also tested positive for cocaine on the following dates: June 5, 2006, and July 3, 6, and 10, 2006. The positive tests were confirmed by Scientific Testing Laboratories, Incorporated. When confronted with the test results, Mr. Williams admitted to using cocaine or marijuana. It should be noted that since February 6, 2006, Mr. Williams has tested positive for either marijuana or cocaine seven times.

     On July 24, 2006, Mr. Williams signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision (enclosed), in which he agreed to the following modification of supervision: The releasee shall participate in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center program until released by the program review team, for a period not to exceed 180 days.

U.S.A. vs. Jackie Williams
Docket No. 99-00007-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the releasee participate in the United States Probation Office and Bureau of Prisons' Comprehensive Sanctions Center program until released by the program review team for a period not to exceed 180 days.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20____ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 27, 2006

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA