PROB 49
(3/89)

# United States District Court

### Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

I, Jackie Williams, agree to the following modification of the conditions of my Term of Supervised Release:

The releasee will reside at the Bureau of Prisons' comprehensive sanctions center program, until released by the program review team, for a period not to exceed 180 days.

Witness: _____  Signed: _____
             David J Conde                                           Jackie Williams
   United States Probation Officer                       Probationer or Supervised Releasee

                                                7-24-06
                                                  Date